**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 26-cv-21887-JB**

CAROLINA OSPINA HERRERA,

      Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,
*et al.*,

      Defendants.

_____/

**<u>Order Requiring Scheduling Conference</u>**

    **THIS CAUSE** comes before the Court upon a *sua sponte* review of the record. Plaintiff seeks mandamus relief regarding her Form N-400, Application for Naturalization. The parties must comply with the following instructions:

1. The Plaintiff must forward a copy of this order to every Defendant immediately upon the filing of any appearance by a Defendant in this case.

2. Within 14 days of the filing of a response to the complaint by a Defendant in this matter, the parties must meet and confer regarding discovery and scheduling issues. The parties must meet and confer regardless of whether either party believes this matter to be exempt from the requirements of Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b).

3. Within 14 days of the parties' discovery and scheduling conference, the parties must file a joint conference report advising the Court of the parties' proposed plan and timeline for resolving this matter. For example, if the parties agree that this matter should be resolved by the Court upon a review of the administrative record only, the parties must state this plan and propose deadlines for the filing of dispositive motions. If the parties cannot agree how this matter should proceed, each party must state their individual plan and timeline, but *must* also include a memorandum of law to support their position.

4. Alternatively, if the parties believe this matter should proceed under the requirements of Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b), then the parties must file a joint discovery plan and conference report,

consistent with Rule 26(f)(3) and Local Rule 16.1(b)(2), within 14 days of the parties' discovery and scheduling conference.

5. In drafting their Joint Proposed Scheduling Order, the parties shall utilize the Court's template scheduling order, found at https://www.flsd.uscourts.gov/sites/flsd/files/JB_RevisedTemplateScheduling Order.pdf.

   **Any deviation** from the guidelines set forth in the Court's template scheduling order or those proposed by the Local Rules should be noted in the Joint Scheduling Report along with an explanation for why more or less time is necessary.  The Court provides these guidelines to assist the parties in proposing deadlines that are meaningful and realistic for the parties, counsel, and the Court.  If the Court selects the trial date and dispositive motion deadline that the Parties proposed in their Joint Scheduling Report, the Court will not extend those deadlines absent extraordinary circumstances.

6. All filings must be in a 12-point font and double spaced.  Single spacing is only permitted for footnotes.  The required conferral under Local Rule 7.1 must be by telephone or in person.  An e-mail conferral will only be permitted if counsel provided at least forty-eight hours for a response before the filing of the motion.

7. Compliance with all deadlines—whether set by Court order or under the Federal and Local Rules—is mandatory. Requests for extensions of time, including unopposed motions, will only be granted by the Court upon an appropriate motion showing good cause why the deadline cannot be met.  Absent an emergency, motions for extensions of time must be filed **no later than three business days prior to the deadline** from which relief is being sought.  All requests for extensions of time must include (1) the conferral statement required under Local Rule 7.1 specifying what methods were used to confer; (2) a list of any prior motions for extension of time, the basis for those requests, and whether they were granted; (3) a specific statement regarding the circumstances necessitating the requested relief; (4) a specific period for the relief requested, and (5) a statement as to whether the request impacts the deadline to file a dispositive motion or trial date.

   **DONE AND ORDERED** in Miami, Florida, this 7th day of April, 2026.

   _____
   **JACQUELINE BECERRA**
   **UNITED STATES DISTRICT JUDGE**