UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 26-cv-21887-JB

CAROLINA OSPINA HERRERA,

 Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,
*et al.*,

 Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"), ECF No. [5], in which Plaintiff dismisses this action without prejudice.  Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

 **DONE AND ORDERED** in Miami, Florida this 27th day of April, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**